# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Leslie Cross**,

    *Plaintiff,*

vs.                                  **CASE NUMBER: 1:08cv425**

**Commissioner of Social Security**,     **Magistrate Judge Victor E. Bianchini**

    *Defendant.*

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, the defendant's motion for judgment on the pleadings is granted, and the plaintiff's motion for judgment on the pleadings is denied.

    All of the above pursuant to the order of Magistrate Judge Victor E. Bianchini, dated the 12 day of November, 2009.

DATED: November 12, 2009

*Lawrence K. Baerman*
Clerk of Court

                                                        s/

                                     Marie N. Marra
                                     Deputy Clerk